# IN THE SUPREME COURT OF THE STATE OF NEVADA

TON VINH LEE, DDS, INDIVIDUALLY;
TON V. LEE, DDS, PROF. CORP., A
NEVADA PROFESSIONAL
CORPORATION, D/B/A SUMMERLIN
SMILES,

              Appellants,

vs.

SVETLANA SINGLETARY,
INDIVIDUALLY, AND AS THE
REPRESENTATIVE OF THE ESTATE
OF REGINALD SINGLETARY, AND AS
PARENT AND LEGAL GUARDIAN OF
GABRIEL L. SINGLETARY, A MINOR;
AND FLORIDA TRAIVAI, DMD,
INDIVIDUALLY,

              Respondents.

No. 72707

FILED

MAY 0 8 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

17-15248

cc:     Hon. Jerry A. Wiese, District Judge
        Ara H. Shirinian, Settlement Judge
        Ford, Walker, Haggerty & Behar/Las Vegas
        Marquis Aurbach Coffing
        Patin Law Group, PLLC
        Baker Law Offices
        Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
        Eighth District Court Clerk